

BENJAMIN B. WAGNER
United States Attorney
DANIEL J. GRIFFIN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099



FILED

MAY 15 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF
THE EXTRADITION OF

ELIAS MENDOZA PEREZ
alias Fernando Mendoza Mendoza,
alias "Carmelo"

CASE NO. 1:15 MJ 00074 SKO

**ORDER FOR PROVISIONAL ARREST**

**UNDER SEAL**

BEFORE ME, a United States Magistrate Judge for the Eastern District of California, personally appeared Assistant United States Attorney Daniel J. Griffin, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that ELIAS MENDOZA PEREZ, alias Fernando Mendoza Mendoza, alias "Carmelo," should be apprehended and brought before this Court so that the evidence of criminality may be heard and considered as provided in 18 U.S.C. § 3184, and the Extradition Treaty between the United States and Mexico. The Court also ORDERS that the complaint, this order, and the arrest warrant be placed UNDER SEAL until the arrest of the fugitive or further order of the Court.

IT IS THEREFORE ORDERED that a warrant for the provisional arrest of ELIAS MENDOZA PEREZ be issued.

DATED: May 15, 2015

_____
SHEILA K. OBERTO
U.S. Magistrate Judge

EXTRADITION ORDER