BENJAMIN B. WAGNER
United States Attorney
DANIEL GRIFFIN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4097

Attorneys for Plaintiff
United States of America

FILED
MAY 28 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF<br><br>ELIAS MENDOZA PEREZ<br>alias Fernando Mendoza Mendoza,<br>alias "Carmelo" | CASE NO. 1:15-MJ-00074 SKO<br><br>ORDER TO UNSEAL COMPLAINT |
|---|---|

This complaint was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made public record.

DATED: May 20, 2015

GARY S. AUSTIN
U. S. Magistrate Judge

2