1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL J. GRIFFIN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 1:15-MJ-00074 SKO |
|----|---------------------------|-----------------------------|
| 12 | Plaintiff, | JOINT REQUEST AND ORDER TO CONTINUE STATUS CONFERENCE AND FOR CHANGE OF COUNSEL |
| 13 | v. | |
| 14 | ELIAS MENDOZA PEREZ, | |
| 15 | Defendant. | |

16

17       The parties, by and through their respective counsel, Assistant United States Attorney Daniel J.

18  Griffin, counsel for plaintiff United States of America, and Assistant Federal Defender Megan Hopkins,

19  counsel for defendant Mendoza Perez, hereby stipulate and jointly request the Court to continue the

20  status conference currently set for August 5, 2015 to September 15, 2015.

21       The defendant is being held on an extradition warrant pursuant to 18 U.S.C. § 3184. The

22  defendant has indicated that he will be retaining counsel in this matter. Both parties were contacted by

23  attorney Alonzo Gradford, who informed counsel that he will be substituting into the case and requires

24  additional time to prepare. Mr. Gradford has requested 45 days to be retained and to prepare the case for

25  the defendant.

26       For these reasons, the parties request the Court to continue the status hearing to September 15,

27  2015 for a change of counsel.

28

|   |   |
|---|---|
| Dated: July 30, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ Daniel J. Griffin<br>DANIEL J. GRIFFIN<br>Assistant United States Attorney |
| Dated: July 30, 2015 | /s/ Megan Hopkins<br>MEGAN HOPKINS<br>ASSISTANT FEDERAL DEFENDER<br>Counsel for Defendant |

ORDER

For good cause appearing, this Court CONTINUES the August 5, 2015 status conference to September 15, 2015 at 1:30 p.m. before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: **July 31, 2015**

_____
UNITED STATES MAGISTRATE JUDGE