# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>ELIAS MENDOZA PEREZ,<br><br>      Defendant. | Case No.  1:15-mj-00074-SKO<br><br>ORDER CONTINUING STATUS CONFERENCE |

A status conference is currently set in this action for September 15, 2015 at 1:30 p.m. Due to the Court's schedule, the Court continues the status conference from September 15, 2015 at 1:30 p.m. to September 15, 2015 at **2:30 p.m.** If the parties intend to request a continuance of this status conference, a stipulation requesting a continuance shall be filed by 4:30 p.m. on September 14, 2015.

Based upon the foregoing, it is HEREBY ORDERED that the status conference set for September 15, 2015 at 1:30 p.m. is CONTINUED to September 15, 2015 at 2:30 p.m.

IT IS SO ORDERED.

Dated:   **September 14, 2015**

UNITED STATES MAGISTRATE JUDGE

1